# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA
# FORT WAYNE DIVISION

| | | |
|---|---|---|
| KRISTOPHER LOY | ) | |
| | ) | |
| v. | ) | CAUSE: 3:12 CV 96 -TLS |
| | ) | |
| NORFOLK SOUTHERN RAILWAY CO. | ) | |

## ORDER

It is ORDERED that the Clerk of Court for the Northern District of Indiana be authorized to make payment for the meals of Jurors for each day of the jury trial, including deliberation, out of the appropriation provided therefore at the expense of the United States of America..

SO ORDERED on March 4, 2016.

S/ Theresa L. Springmann
THERESA L. SPRINGMANN, JUDGE
UNITED STATES DISTRICT COURT