UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

| | |
|---|---|
| KRISTOFER LOY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CAUSE NO.: 3:12-CV-96-TLS |
| | ) |
| NORFOLK SOUTHERN RAILWAY | ) |
| COMPANY, | ) |
| | ) |
| Defendant. | ) |

**VERDICT FORM**

1. Do you find that Norfolk Southern violated the federal Safety Appliance Act and that Norfolk Southern's violation caused or contributed to Mr. Loy's injuries?

    ANSWER __No__ (Yes or No)

**If you answer "yes" to Question 1, answer only Question 3. If you answer "no" to Question 1, proceed to Question 2.**

2. Do you find that Norfolk Southern was negligent and that Norfolk Southern's negligence caused or contributed to Mr. Loy's injuries?

    ANSWER __Yes__ (Yes or No)

**If you answer "no" to Question 2, do not answer any more questions.**

3. Without taking into consideration any possible negligence by Mr. Loy, what sum of money do you find to be the total amount of Mr. Loy's damages?

    $ __1,250,000.00__

4. Do you find that Mr. Loy was negligent and that Mr. Loy's negligence caused or contributed to his own injuries?

    ANSWER __Yes__ (Yes or No)

**Answer Questions 5 and 6 only if you answered "Yes" to Question 4.**

5. What percentage of Mr. Loy's damages do you find to have been caused by the negligence of the respective parties?

(Answer in terms of percentages totaling 100%):
(a) Mr. Loy __25__ %
(b) Norfolk Southern __75__ %

6. The total amount of the damages $ __1,250,000.00__ (from #3) X the percentage of Norfolk Southern's fault __75__ % (from #5(b)) =

Net Verdict: $ __937,500.00__

Date: __3/4/16__

_____
Presiding Juror