United States of America
Railroad Retirement Board

FORM APPROVED
OMB NO. 3220-0036

## REQUEST FOR LIEN INFORMATION REPORT OF SETTLEMENT
(See Important Notices Below)

To: Railroad Retirement Board
Office of Programs - Operations
Attn: Sickness and Unemployment Benefits
Telephone: (312) 751-4820
Fax No.: (312) 751-7185

**RRB USE ONLY**

### FOR RAILROAD USE ONLY

9. Payor Code: R 9408001

10. Billing Doc ID: 378026189

| 1. Employee's Name | 2. SS Number | 3. Date of Injury | 4. Information Only (Yes/No) | 5. Return to Work ("Yes" enter date, "No" go to 8) | 6. Settled ("Yes" enter date, "No" go to 11) | 7. Pay for Time Lost (From / To) | 8. Amount Protected & Amount of Settlement | 10. Lien Amount | **Final (Yes/No) |
|---|---|---|---|---|---|---|---|---|---|
| Loy, Kristopher | [redacted] | 3/21/09 | ✓ | ✓ Yes / 08/23/12 | ✓ No | | | $ 28,858.73 / 10. | ✓ Yes / No |
| | | | | Yes / No | Yes / No | | | $ / 10. | Yes / No |
| | | | | Yes / No | Yes / No | | | $ / 10. | Yes / No |

\* If any part of the settlement is apportioned to pay for time lost, show the exact months or other time period to which pay is allocated, or fax a copy of the apportionment statement.

\*\* If the lien amount shown is "Not Final," the amount is valid for settlement and reimbursement purposes only if you inform the RRB within 5 days that settlement has been made. Otherwise, additional benefits may be paid to the employee. All settlements and final judgments must be reported to the RRB in writing within 5 days of the date of settlement or judgment. Notice may be made by facsimile using this form. The report of settlement is required to prevent additional benefit payments to the employee, and to provide Payor Code and Billing Doc ID information for the amount due the RRB under section 12(o) of the RUIA.

11. Railroad: Norfolk Southern Railway Company
City: Elkhart  State: Indiana
Telephone: (574) 296-2117  Fax No.: (757) 668-1839
Name of Requestor: Rich Mills  Date: 1/12/16

Date Completed: 1/13/16  Date Returned: 1/13/16
Comments: _____
RRB Representative: [signature] D.Gate

Notices: The RRB's completed reply is confirmation of the amount of the RRB lien under section 12(o) of the Railroad Unemployment Insurance Act (RUIA). Billing Document ID's are provided ONLY for cases which have been settled. If payment is by check, return a copy of this form with your remittance, or be sure to show your Payor Code (item 9) and the Billing Doc ID (item 10) on your check.

AMOUNTS DUE THE RRB UNDER SECTION 12(O) MUST BE RECEIVED WITHIN 30 DAYS AFTER THE DATE OF THE SETTLEMENT AGREEMENT OR THE ENTRY OF FINAL JUDGMENT. AMOUNTS THAT ARE NOT PAID WITHIN 30 DAYS ARE SUBJECT TO INTEREST CHARGES FROM THE DATE OF SETTLEMENT OR JUDGMENT.

Form ID-3s (3-09)