UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| KRISTOFER LOY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 3:12-CV-00096-TLS |
| ) | |
| NORFOLK SOUTHERN RAILWAY ) | |
| COMPANY, ) | |
| ) | |
| Defendant. ) | |

**PARTIES' JOINT MOTION TO VACATE**
**ORDER AND AMENDED JUDGMENT**

Come now the parties, by their respective attorneys, and jointly move the Court to enter an Order as follows:

1. On March 4, 2016, a jury returned a verdict for the Plaintiff, Kristofer Loy.

2. Before the jury returned its verdict, Norfolk Southern asked the Court to withhold entering any judgment for Plaintiff to permit the calculation of amounts to be deducted therefrom.

3. Following a scheduling conference on March 10, 2016, Norfolk Southern filed its Memorandum in Support of Deductions and Withholdings at Time of Satisfaction of Judgment on March 21, 2016 [DE #89], and Plaintiff filed his Response on March 24, 2016 [DE #91].

4. Norfolk Southern requested, among other things, the Court's authorization to withhold from the judgment certain taxes owed under the Railroad Retirement Tax Act (RRTA) and Medicare, which Norfolk Southern is required to remit directly to the U.S. Treasury.

5. After Norfolk Southern filed a Submission of Additional Authorities on April 7, 2016 [DE #93], the Court issued an Opinion and Order on April 12, 2016 [DE #94] which, among other things, denied Norfolk Southern's request to withhold RRTA and Medicare taxes from the judgment.

6. The Court entered Judgment in the amount of $937,500.00 on April 14, 2016, [DE #95], and Plaintiff thereafter filed a Bill of Costs requesting an award of $8,797.76 [DE #96].

7. On April 18, 2016, the Court issued a Notice of Costs to Be Taxed on May 2, 2016, [DE #97], and on April 19, 2016, the Court entered an Amended Judgment to correct the spelling of Plaintiff's name [DE #98].

8. The withholding of RRTA and Medicare payroll taxes is an issue of great importance to Norfolk Southern, the railroad industry, and the U.S. Department of Justice, as evidenced by the recent appellate decision in the *Liberatore* case and the current appeal to the Eighth Circuit in the *Loos* case, in which the Department of Justice filed its latest *amicus curiae* brief on this issue.

9. The parties, Plaintiff Kristofer Loy and Defendant Norfolk Southern, would like to reach a resolution that would avoid any appeals in the present case and jointly request that the Court vacate the Opinion and Order issued April 12, 2016, and the Amended Judgment entered April 19, 2016.

10. If the Opinion and Order and Amended Judgment are vacated, the parties jointly agree to settle the litigation by Mr. Loy paying the RRTA and Medicare taxes, waiving costs and interest, and repaying the cash advances.

11. Accordingly, in the interest of reaching a resolution and bringing this matter to a close, the parties, Plaintiff Kristofer Loy and Defendant Norfolk Southern, respectfully request that the Court vacate the Opinion and Order issued April 12, 2016 [DE #93] and the Amended Judgment entered April 19, 2016 [DE #98], so that they may enter into the settlement agreement described above.

WHEREFORE, Plaintiff Kristofer Loy, and Defendant Norfolk Southern, respectfully request that the Court enter an Order vacating the Opinion and Order issued April 12, 2016 [DE #93] and the Amended Judgment entered April 19, 2016 [DE #98].

Respectfully submitted,

| | |
|---|---|
| /s/ George Brugess | /s/ David Locke |
| George Brugess | David Locke |
| E-mail: gbrugess@coganpower.com | E-mail: dal@stuartlaw.com |
| COGAN & POWER, P.C. | STUART & BRANIGIN LLP |
| 7300 W. College Drive, Suite 205 | 300 Main Street, Suite 900, P.O. Box 1010 |
| Palos Heights, IL 60463 | Lafayette, IN 47902-1010 |
| Telephone: (708) 671-8153 | Telephone: (765) 423-1561 |
| Facsimile: (708) 827-5514 | Facsimile: (765) 742-8175 |
| *Attorneys for Plaintiff Kristofer Loy* | *Attorneys for Norfolk Southern Railway Co.* |

816582.1